

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   ANGELA L. SCOTT (Cal. Bar No. 240418)
4  Assistant United States Attorney
   OCDETF Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-6683
7       Facsimile: (213) 894-0142
        E-mail:    angela.l.scott@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10                 UNITED STATES DISTRICT COURT

11            FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,        No. CR  CR 14 00209

13           Plaintiff,             GOVERNMENT'S EX PARTE APPLICATION
                                    FOR ORDER SEALING INDICTMENT AND
14           v.                     RELATED DOCUMENTS, ARREST WARRANT,
                                    DETENTION REQUEST; MEMORANDUM OF
15 ISMAEL GUTIERREZ VILAVAZO,       POINTS AND AUTHORITIES;
     aka "Ismael Gutierrez,"        DECLARATION OF ANGELA L. SCOTT
16   aka "Mike Gutierrez,"
     aka "Mikey," and               [UNDER SEAL]
17 JORGE BERISTAIN HUERTA,
     aka "Moreno,",
18
            Defendants.
19

20      The government hereby applies ex parte for an order
21 directing that the indictment, the detention requests, related
22 arrest warrants, and related case-initiation documents in this
23 case, including the Waiver of Indictment form, Case Summary, and
24 the memoranda regarding the lack of known conflicts of interest
25 for district judges and magistrate judges in the above-titled
26 case, together with this ex parte application, the memorandum of
27 points and authorities, the declaration of Angela Scott, and
28

this court's sealing order, be kept under seal until a defendant in this matter is scheduled to make his initial appearance on this indictment in this district.

This ex parte application is based on the attached memorandum of points and authorities, and declaration of Angela Scott.

Dated: 4/9/14

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/s/ Angela L. Scott
ANGELA L. SCOTT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

MEMORANDUM OF POINTS AND AUTHORITIES

The government requests that this court seal the indictment, the detention requests, related arrest warrants, and related case-initiation documents in this case, including the Waiver of Indictment form, Case Summary, and the memoranda regarding the lack of known conflicts of interest for district judges and magistrate judges, in order to maintain the integrity of this investigation. The Court of Appeals for the Ninth Circuit has held that district courts have the inherent power to seal affidavits in support of warrants. In re Sealed Affidavit (Agosto), 600 F.2d 1256 (9th Cir. 1979) (per curiam); see also Offices of Lakeside Non-Ferrous Metals, Inc., 679 F.2d 778 (9th Cir. 1982) (citing Agosto).

The Court of Appeals for the Seventh Circuit has rejected the proposition that pre-indictment disclosure of a search warrant affidavit is required under either constitutional principles or Federal Rule of Criminal Procedure 41(g). In re EyeCare Physicians of America, 100 F.3d 514 (7th Cir. 1996). In doing so, the Seventh Circuit held:

> By the very nature of a secret criminal investigation of this type, the target of an investigation more often than not remains unaware of the specific grounds upon which a warrant was issued. If preindictment disclosure of sealed warrant affidavits was required to satisfy due process (assuming there has been a predicate deprivation of life, liberty or property), the hands of law enforcement would be needlessly tied and investigations of criminal activity would be made unduly difficult if not impossible.

Id. at 517. Accord In re Grand Jury Proceedings, 115 F.3d 1240, 1247 (5th Cir. 1997).

Here, for the reasons described in the attached declaration, sealing is necessary to maintain the integrity of the government's investigation. The government accordingly requests that the documents described in the attached declaration be maintained under seal until a defendant in this matter is scheduled to make his initial appearance on this indictment in this district.

## DECLARATION OF ANGELA L. SCOTT

I, Angela L. Scott, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of <u>United States v. Ismael Gutierrez Vilavazo, et al.</u>, in which the government has submitted an indictment, a detention request, related arrest warrants, and related case-initiation documents in this case, including the Waiver of Indictment form, Case Summary, and the memoranda regarding the lack of known conflicts of interest for district judges and magistrate judges.

2. Defendants Ismael Gutierrez Vilavazo ("Vilavazo") and Jorge Beristain Huerta are charged in the above-captioned case and have not been taken into custody on the charges contained in the indictment and have not been informed that they are being named as defendants in the indictment.

3. Defendant Vilavazo is currently in federal custody. He was originally arrested in Tennessee on an immigration charge. He was sentenced and taken into custody on a complaint related to this investigation. Upon his arrest on the complaint, defendant Vilavazo was made aware of the complaint. Neither he nor defendant Huerta, however, are aware of the pending indictment or that defendant Huerta is named in the indictment. The government's ability to further investigate defendant Huerta and arrest him might be jeopardized if the indictment in this case were made publicly available before defendant Huerta is taken into custody on the indictment.

5. Accordingly, the government requests that the indictment, the detention requests, related arrest warrants, and related case-initiation documents in this case, including the Waiver of Indictment form, Case Summary, and the memoranda regarding the lack of known conflicts of interest for district judges and magistrate judges in the above-titled case, together with this ex parte application, the memorandum of points and authorities, the declaration of Angela Scott, and this Court's sealing order, be kept under seal until a defendant in this matter is scheduled to make his initial appearance on this indictment in this district.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: 4/9/14

_____
ANGELA L. SCOTT