[Reset Form]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Case Number n/a  **CR 14 00209**  Defendant Number  2

U.S.A. v. Jorge Beristain Huerta    Year of Birth  1991

[✓] Indictment   [ ] Information   Investigative agency (FBI, DEA, etc.)  FBI

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
[ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense  9/26/13

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[✓] Los Angeles        [ ] Ventura
[ ] Orange             [ ] Santa Barbara
[ ] Riverside          [ ] San Luis Obispo
[ ] San Bernardino     [ ] Other _____

Citation of Offense  21 USC 846, 841(a)(1), (b)(1)(B)(viii);
21 USC 843(b)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   [✓] No    [ ] Yes

IF YES  Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on:  n/a

Case Number  n/a

Charging  n/a

The complaint:   [ ] is still pending
[ ] was dismissed on:  n/a

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [ ] Yes

IF YES, provide, Name:  n/a

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*     [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*     [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**   [ ] Yes   [ ] No

This is the  n/a  superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on: _____

Case Number  n/a

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

n/a

[ ] was previously dismissed on  n/a

Are there 8 or more defendants in the superseding case?
[ ] Yes*     [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*     [ ] No

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?   ☑ YES   ☐ NO
IF YES, list language and/or dialect:
Spanish

### OTHER

☑ Male   ☐ Female
☐ U.S. Citizen   ☑ Alien
Alias Name(s)  Moreno

This defendant is charged in:   ☐ All counts
☐ Only counts:  1, 2, 9-11
☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No
IF YES, should matter be sealed?   ☐ Yes   ☑ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☑ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☐ Other

### CUSTODY STATUS

**Defendant is not in custody:**

a. Date and time of arrest on complaint:  n/a

b. Posted bond at complaint level on:  n/a
   in the amount of $ n/a

c. PSA supervision?   ☐ Yes   ☐ No

d. Is on bail or release from another district:
   n/a

**Defendant is in custody:**

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution:  n/a

c. If Federal: U.S. Marshal's Registration Number:
   n/a

d. ☐ Solely on this charge.  Date and time of arrest:
   n/a

e. On another conviction:   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges::   ☐ Yes   ☐ No
   IF YES:   ☐ State   ☐ Federal   AND
   Name of Court:  n/a
   Date transferred to federal custody:  n/a

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  _____ 20   _____ 21   _____ 40

### EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:

Date  4/9/14

Signature of Assistant U.S. Attorney
Angela Scott
Print Name