FILED
2014 APR 17  AM 10:40
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
v.
Jorge Beristain Huerta

PLAINTIFF

DEFENDANT

CASE NUMBER: CR-14-00209-2

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 4/17/14   8:30   ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   846, 841(a)(1), (b)(1)(B)(viii); 841(a)(1), (b)(1)(B); 843(b)

5. Offense charged is a:  ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No   ☐ Yes   Language: ___

7. Year of Birth: 1991

8. Defendant has retained counsel:  ☒ No
   ☐ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: IRMA VIDAL

10. Remarks (if any): ___

11. Name: MICHAEL AUKER   (please print)

12. Office Phone Number: 310 487 2369

13. Agency: FBI

14. Signature: [signed]

15. Date: 4/17/14

CR-64 (2/14)              REPORT COMMENCING CRIMINAL ACTION