FILED
CLERK, U.S. DISTRICT COURT
APR 17 2014
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
Ashwin Janakiram (Cal. Bar No. 277513)
Special Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2875
    Facsimile: (213) 894-0141
    E-mail:    ashwin.janakiram@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:14-CR-00209-UA-2 |
|---|---|
| Plaintiff, | GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |
| v. | |
| JORGE BERISTAIN HUERTA, Defendant. | |

    Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

    ____ 1. <u>Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds</u>:

        ____ a. present offense committed while defendant was on release pending (felony trial), (sentencing), (appeal), or on (probation) (parole); or

```
     ____    b. defendant is an alien not lawfully admitted for
                permanent residence; and
     ____    c. defendant may flee; or
     ____    d. pose a danger to another or the community.
  X   2. Pretrial Detention Requested (§ 3142(e)) because no
         condition or combination of conditions will reasonably
         assure:
     X    a. the appearance of the defendant as required;
     X    b. safety of any other person and the community.
  ____   3. Detention Requested Pending Supervised Release/Probation
         Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.
         § 3143(a)):
     ____   a. defendant cannot establish by clear and convincing
                evidence that he/she will not pose a danger to any
                other person or to the community;
     ____   b. defendant cannot establish by clear and convincing
                evidence that he/she will not flee.
  X   4. Presumptions Applicable to Pretrial Detention (18 U.S.C.
         § 3142(e)):
     X    a. Title 21 or Maritime Drug Law Enforcement Act
             ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with
             10-year or greater maximum penalty (presumption of
             danger to community and flight risk);
     ____ b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or
             2332b(g)(5)(B) with 10-year or greater maximum
             penalty (presumption of danger to community and
             flight risk);
```

1 |  \_\_\_\_\_  c. offense involving a minor victim under 18 U.S.C.
2 |            §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,
3 |            2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),
4 |            2260, 2421, 2422, 2423 or 2425 (presumption of danger
5 |            to community and flight risk);
6 |  \_\_\_\_\_  d. defendant currently charged with an offense described
7 |            in paragraph 5a - 5e below, AND defendant was
8 |            previously convicted of an offense described in
9 |            paragraph 5a - 5e below (whether Federal or
10 |           State/local), AND that previous offense was committed
11 |           while defendant was on release pending trial, AND the
12 |           current offense was committed within five years of
13 |           conviction or release from prison on the above-
14 |           described previous conviction (presumption of danger
15 |           to community).
16 | \_\_\_\_\_ 5. Government Is Entitled to Detention Hearing Under
17 |           § 3142(f) If the Case Involves:
18 | \_\_\_\_\_  a. a crime of violence (as defined in 18 U.S.C.
19 |           § 3156(a)(4)) or Federal crime of terrorism (as
20 |           defined in 18 U.S.C. § 2332b(g)(5)(B)) for which
21 |           maximum sentence is 10 years' imprisonment or more;
22 | \_\_\_\_\_  b. an offense for which maximum sentence is life
23 |           imprisonment or death;
24 |   X       c. Title 21 or MDLEA offense for which maximum sentence
25 |           is 10 years' imprisonment or more;

```
____    d. any felony if defendant has two or more convictions
           for a crime set forth in a-c above or for an offense
           under state or local law that would qualify under a,
           b, or c if federal jurisdiction were present, or a
           combination or such offenses;

____    e. any felony not otherwise a crime of violence that
           involves a minor victim or the possession or use of a
           firearm or destructive device (as defined in 18
           U.S.C. § 921), or any other dangerous weapon, or
           involves a failure to register under 18 U.S.C.
           § 2250;

 X      f. serious risk defendant will flee;

____    g. serious risk defendant will (obstruct or attempt to
           obstruct justice) or (threaten, injure, or intimidate
           prospective witness or juror, or attempt to do so).

____ 6. Government requests continuance of ____ days for
        detention hearing under § 3142(f) and based upon the
        following reason(s):
        _____
        _____
        _____
        _____
```

//
//
//
//
//
//

4

1    ____    7. Good cause for continuance in excess of three days exists
2            in that:
3            _____
4            _____
5            _____
6            _____
7
8   Dated: April 17, 2014            Respectfully submitted,
9                                    ANDRÉ BIROTTE JR.
                                     United States Attorney
10
11                                   ROBERT E. DUGDALE
                                     Assistant United States Attorney
                                     Chief, Criminal Division
12
13                                   /s/
                                     ASHWIN JANAKIRAM
14                                   Special Assistant U.S. Attorney
15                                   Attorneys for Plaintiff
                                     UNITED STATES OF AMERICA
16