# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:14-CR-00209  Recorder: Miranda Algorri  Date: 04/17/2014

Present: The Honorable Patrick J. Walsh, U.S. Magistrate Judge

Court Clerk: Jacob P. Yerke  Assistant U.S. Attorney: Ashwin Janakiram

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 2.) JORGE BERISTAIN HUERTA, aka Moreno<br>    CUSTODY-PRESENT | JOHN L. LITTRELL<br>    DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Dolly M. Gee.
It is ordered that the following date(s) and time(s) are set:
   Jury Trial 6/17/2014 at 8:30 AM
   Pre-trial Conference 06/04/2014 at 2:30 PM
   Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The government is ordered to turn over any discovery within two weeks after PIA. If there are any problems regarding discovery, counsel are to file a joint report within one week of the discovery deadline, or request for a status conference. The government is directed to prepare and submit a criminal history report within 2 days after PIA. If there is a plea agreement in the case, a courtesy copy of the plea agreement shall be delivered to the Clerk's Office, Room G-19, Spring St., Attention: Kane G. Tien for Judge Gee, within two days of the PIA hearing.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: JY by TRB

cc: Statistics Clerk, PSALA USMLA