# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CR **CR 14 00209** DMG-2 |
| v. | |
| **JORGE BERISTAIN HUERTA** aka Moreno | **WARRANT FOR ARREST** ~~UNDER SEAL~~ |
| 67656-112 Defendant(s) | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest **JORGE BERISTAIN HUERTA, aka Moreno** and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment ☐ Information ☐ Order of Court ☐ Probation Violation Petition ☐ Violation Notice

Charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

**Conspiracy to Distribute Methamphetamine;**
**Use of a Telephone to Facilitate a Felony Drug Offense;**
**Aiding and Abetting and Causing an Act to be Done**

FILED
CLERK, U.S. DISTRICT COURT
APR 22 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

in violation of Title **21:18:** United States Code, Section(s) **846, 841(a)(1), (b)(1)(B)(viii); 841(a)(1), (b)(1)(B); 2(a);843(b);**

| Terry Nafisi | April 10, 2014     LOS ANGELES, CALIFORNIA |
|---|---|
| NAME OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Clerk of Court | |
| TITLE OF ISSUING OFFICER | BY: **MARGARET A. NAGLE** |
| [signature] | NAME OF JUDICIAL OFFICER |
| SIGNATURE OF DEPUTY CLERK | |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

*ARRESTED WITHIN THE C/CA BY: OCDETF/STRIKE FORCE ON: 4/17/14 SIGNED:*

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST 4/17/14 | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04) PAGE 1 OF 2