**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br><br>DEFENDANT. | CASE NUMBER<br><br><br>APPLICATION FOR<br>REVIEW/~~RECONSIDERATION~~ OF ORDER<br>SETTING CONDITIONS OF<br>RELEASE/DETENTION<br>(18 U.S.C. §3142) AND REQUEST FOR HEARING |

Application is made by ☐ plaintiff ☐ defendant _____
that a hearing be held to review /reconsider the decision of

☐ United States District Judge _____ by order dated: _____

☐ Magistrate Judge _____ by order dated: _____

    ☐  denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
    ☐  ordering release upon certain conditions, or
    ☐  denying detention.

This application is made ☐ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:




Relief sought *(be specific):*




Counsel for the defendant and plaintiff United States Government consulted on _____
and opposing counsel declines to stipulate to an order providing the relief sought.

☐   Telephonic notice given to  ☐ AUSA  ☐ Defendant's Counsel  ☐ PSA  ☐ Interpreter  ☐ USM  ☐ Probation
on _____.

An interpreter is  ☐ required  ☐ not required.  Language _____
Defendant is  ☐ in custody  ☐ not in custody.

_____
Date

_____
Moving Party

CR-88 (06/07)