Name & Address:

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>JORGE BERISTAIN HUERTA,<br><br>DEFENDANT. | CASE NUMBER<br><br>CR 14-209-DMG<br><br>NOTIFICATION RE: APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>(18 U.S.C. §3142) |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☑ is approved.  The matter is set on calendar for hearing before:

☑ District Judge  DOLLY M. GEE

☐ Magistrate Judge

on  May 8, 2014  at  2:00   ☐ a.m.  ☑ p.m.

in courtroom  7 .

☐ is not approved.

☐ Other:

　　An interpreter is  ☐ required  ☐ is not required.  Language
　　Defendant is  ☐ in custody  ☐ not in custody.

Clerk, U. S. District Court

April 30, 2014                Kane Tien                  212-894-5452
Date                          Deputy Clerk               Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc:  ☐ Probation   ☐ Interpreter's Office   ☑ PSA.