ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANGELA L. SCOTT (Cal. Bar No. 240418)
Assistant United States Attorney
OCDETF Section
   1400 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:     (213) 894-6683
   Facsimile:     (213) 894-8845
   E-mail:    angela.l.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-209-DMG |
|---|---|
| Plaintiff, | CRIMINAL HISTORY REPORT |
| v. | |
| ISMAEL GUTIERREZ VILAVAZO, et al., | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby submits a report on the criminal history of the defendants in this case.

ISMAEL GUTIERREZ VILAVAZO - Defendant Vilavazo sustained the following criminal convictions on or about the following dates:

- 5/3/05 – California Vehicle Code 14601.1(A) – Driving while license suspended; Sentenced to 36 months probation; 7 days jail

- 11/14/07 – California Penal Code 12025(A)(1) – Carrying a concealed weapon in a vehicle; Sentenced to 24 months probation; 4 days jail
    - 5/10/08 - Warrant issued for probation violation of his 11/14/07 conviction
- 5/21/12 – California Penal Code 597J(A) – owns, keeps, trains birds or other animals for fighting exhibition; Sentenced to 12 months probation; restitution

JORGE BERISTAIN HUERTA - Defendant Huerta sustained the following criminal convictions on or about the following dates:

- 3/4/13 – California Vehicle Code 12500(A) – driving without a license; Sentenced to a fine or three days jail

Dated: May 1, 2014               Respectfully submitted,

                                 ANDRÉ BIROTTE JR.
                                 United States Attorney

                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                      /s/
                                 ANGELA L. SCOTT
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

2