# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 14-209-DMG |
| Date | May 6, 2014 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

Interpreter: None

| Kane Tien | Not Reported | Angela L. Scott / Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jorge Beristain Huerta | NOT | | X | John L. Littrell, DFPD | NOT | | X |

**Proceedings:** IN CHAMBERS - ORDER GOVERNING REVIEW OF RELEASE OR DETENTION ORDERS

The Court has scheduled a hearing for Thursday, May 8, 2014 at 2:00 p.m. on Defendant's Application for Review of Order Setting Conditions of Release.

Counsel for Government and Defendant shall immediately meet and confer and prepare a Joint Statement which shall set forth their respective positions regarding the issues raised by the Application and a representation by each counsel that they do not intend to offer any evidence at the hearing that was not previously considered by the Magistrate Judge. If counsel attempt to offer any new evidence in this Court, the Application will be denied and the case will be referred to the Magistrate Judge for a further hearing.

The Joint Statement shall also include the complete record of the proceeding before the Magistrate Judge, including, but not limited to, conformed copies of the pleadings filed with the Magistrate Judge, pre-trial services reports, exhibits introduced at the hearing, order(s) of the Magistrate Judge, and a transcript of the hearing before the Magistrate Judge.

In order to avoid continuance of the scheduled hearing, counsel shall file the Joint Statement not later than May 7, 2014.

**IT IS SO ORDERED.**

cc: PSA
    USM

Initials of Deputy Clerk    KT