## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 14-209-DMG | Date | May 8, 2014 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Kane Tien | Anne Kielwasser | Angela Scott |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jorge Beristain Huerta | | X | X | John L. Littrell, DFPD | | X | X |

**Proceedings:**   APPLICATION FOR BAIL REVIEW

The cause is called and counsel make appearance.  Court and counsel confer.  The Court GRANTS Defendant's motion for bail.  Defendant may be released forthwith upon filing of the unsecured appearance bond in the amount of $85,000.  Further, the Court makes findings as stated on the record.

The Government shall report to the Court and defendant's counsel re the status of the Immigration Detainer imposed on the defendant by 2:00 p.m. on May 8, 2014.

**IT IS SO ORDERED.**

:41

cc: PSA
   USM
   CR INTAKE

| | Initials of Deputy Clerk | KT |
|---|---|---|