FILED
CLERK, U.S. DISTRICT COURT
MAY - 8 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. JORGE HUERTA DEFENDANT. | CASE NUMBER: CR 14-209-DMG DECLARATION RE PASSPORT |
|---|---|

I, ___JORGE HUERTA___, declare that
          (Defendant)

☒ I do not currently possess any passport(s). I will not apply for the issuance of a passport during the pendency of this case.

☐ I am unable to locate my passport(s). If I locate any passport issued to me, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

☐ My passport is in the possession of federal agents. If my passport is returned to me during the pendency of this case, I will immediately surrender it to the U.S. Pretrial Services Agency. I will not apply for the issuance of a passport during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __8TH__ day of __MAY__, 20__14__
at __LOS ANGELES, CA__
      (City and state)

_____
Signature of Defendant

If defendant is not an English speaker, include the following:
I, _____, am fluent in written and spoken English and _____ languages. I accurately translated this Declaration re Passport from English into _____ to defendant _____, on this date.

Date: _____          _____
                                Interpreter

CR-37 (03/10)                DECLARATION RE PASSPORT