*United States Pretrial Services*

United States District Court
Central District of California



| George M. Walker | Jill F. McClain |
|---|---|
| Chief U.S. Pretrial Services Officer | Deputy Chief U.S. Pretrial Services Officer |

May 12, 2014

United States District Court
United States Clerk's Office
Edward R. Roybal Federal Building
Room 178
Los Angeles, California  90012

FILED 2014 MAY 12 AM 9:51

Re: Release Order Authorization
Defendant: Huerta, Jorge B.
Docket: 2:14CR00209-2

To Whom it May Concern:

On May 8, 2014, the defendant's bond was set by the Honorable Dolly M. Gee.  Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in the location monitoring program.

Please be advised that the defendant has been found acceptable for placement in the location monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

*Sandra S. Hege*

Sandra S. Hege
Sr. U.S. Pretrial Services Officer
(213) 894-3147

---

| [✓] HQ & Supervision Unit | [ ] Investigation Unit | [ ] Santa Ana Branch | [ ] Riverside Branch |
|---|---|---|---|
| U.S. Courthouse<br>312 North Spring Street, Room 754<br>Los Angeles, CA 90012-4708<br>213-894-4726 / FAX 213-894-0231 | Edward R. Roybal Federal Building<br>255 East Temple Street, Room 1178<br>Los Angeles, CA 90012-3326<br>213-894-5568 / FAX 213-894-8892 | Ronald Reagan Federal Building<br>411 West Fourth Street, Room 4070<br>Santa Ana, CA 92701-4596<br>714-338-4550 / FAX 714-338-4570 | George E. Brown, Jr. Courthouse<br>3470 Twelfth Street, Room 161<br>Riverside, CA 92501<br>951-328-4490 / FAX 951-328-4489 |