NOTE: CHANGES MADE BY THE COURT

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANGELA L. SCOTT (Cal. Bar No. 240418)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-6683
     Facsimile:  (213) 894-0142
     E-mail:     angela.l.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-209-DMG |
|---|---|
| Plaintiff, | ORDER CONTINUING  TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT [59] |
| v. | |
| ISMAEL GUTIERREZ VILAVAZO,  aka "Ismael Gutierrez,"  aka "Mike Gutierrez,"  aka "Mikey," and JORGE BERISTAIN HUERTA,  aka "Moreno," | **PRETRIAL CONF: 8-27-14 @ 1:30 PM** **TRIAL DATE:    9-9-14 @ 8:30 AM** |
| Defendants. | |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on May 27, 2014.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

**1.** The trial in this matter is continued from June 6, 2014 to **September 9, 2014 at 8:30 a.m.** The status conference is continued to **August 27, 2014 at 1:30 p.m.**

2. The time period of June 6, 2014 through September 9, 2014, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Defendants ISMAEL GUTIERREZ VILAVAZO and JORGE BERISTAIN HUERTA shall appear in Courtroom 7 of the Federal Courthouse, 312 North Spring Street, Los Angeles, California on **August 27, 2014 at 1:30 p.m. and September 9, 2014 at 8:30 a.m.**

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

May 27, 2014
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE