UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-209-DMG |
|---|---|
| Plaintiff, | ORDER [68] |
| v. | |
| ISMAEL GUTIERREZ VILAVAZO,<br>  aka "Ismael Gutierrez,"<br>  aka "Mike Gutierrez,"<br>  aka "Mikey," and<br>JORGE BERISTAIN HUERTA,<br>  aka "Moreno," | |
| Defendants. | |

The Government's *Ex Parte* Application for Order Continuing the Suppression Motion Hearing [Doc. # 62, 64.] is GRANTED.  The hearing in this matter is continued from August 20, 2014 to August 27, 2014, at 1:30 p.m.

August 11, 2014
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE