STEPHANIE YONEKURA Acting United States Atty.
ANGELA L. SCOTT  (California Bar No. 240418)
Assistant United States Attorney
312 North Spring St.  Suite 1400 Los Angeles,  CA 90012
Tel: (213) 894-6683 E-mail: angela.l.scott@usdoj.gov

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 14-209-DMG |
| v. | |
| ISMAEL GUTIERREZ VILAVAZO, et al., | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged:  (**List Documents**)

PHYSICAL EXHIBIT "D" TO:

DOCKET # 70

"NOTICE OF MOTION AND MOTION in Limine for Admission OF RECORDED JAIL CALLS Filed by Plaintiff USA as to Defendant Ismael Gutierrez Vilavazo, Jorge Beristain Huerta Motion set for hearing on 8/27/2014 at 01:30 PM before Judge Dolly M. Gee."

**Reason:**

☐ Under Seal and/or In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

| August 12, 2014 | ANGELA L. SCOTT |
|---|---|
| Date | Attorney Name |
| | UNITED STATES |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)     NOTICE OF MANUAL FILING OR LODGING