# EXHIBIT-1

UNCLASSIFIED

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION



11000 Wilshire Blvd., Suite 1700
Los Angeles, CA 90024

| | |
|---|---|
| File Number: | [redacted] |
| Requesting Official and Office: | SA Michael Alker LAFO |
| Task Number and Date Completed: | 208835  October 3, 2013 |
| Name and Office of Linguist: | LA Dinorah Rodriguez  LAFO |
| Name and Office of Reviewer: | LA Leticia Téllez-Chevoor  LAFO |
| Source Language: | Spanish |
| Target Language: | English |
| Name of Source File (Audio): | 26 September_0225.001 / Nestor |
| - Date, Time: | September 26, 2013   7:30 a.m. |

VERBATIM TRANSLATION

**Participants:**

| | |
|---|---|
| Special Agent Michael Alker | SA |
| Cooperating Source [redacted] | CS |
| FNU LNU, a.k.a. "Moreno" | MORENO |

**Abbreviations:**

| | |
|---|---|
| *Italics* | English |
| UI | Unintelligible |
| PH | Phonetic |
| [ ] | Notations |
| OV | Overlapping Voices |

UNCLASSIFIED

UNCLASSIFIED

File #: ███████████
Task #:208835

**26 SEPT_0225.001.wav**

        [background noise and conversation heard regarding operational issues]

SA: *Alright. It is 7:30--7:30 on September 26, 2013. This is the preamble for a... narcotics transaction which is going to be conducted by CS and an unknown male. Present are FBI Special Agent Michael Alker and Richard Brooks.*

        [background talk among SA, LAPD and CS about operational issues]

        [background noises]

        [long pause]

        [music heard]

        [16:05 Cell phone rings]

CS: [clears throat]

        [long pause]

        [21:40 beeping noises begin]

        [23:40 phone ringing]

MORENO: [apparently on the phone] Uh.

CS: [on the phone] What's going on dude, where are you?

MORENO: Yes, I am here by *Sepulveda*. Are you there now?

CS: I am here already.

MORENO: *Okay. Well, I'm on my way now uh--give me two minutes.*

CS: In how long?

MORENO: Two.

CS: Alright, I will wait for you here.

UNCLASSIFIED

File #: ▓▓▓▓▓▓▓▓▓▓
Task #:208835

| | |
|---|---|
| MORENO: | Yeah. |
| CS: | *Okay, bye. Bye.* |
| | [end of phone conversation] |
| | [long pause] |
| | [28:48 cell phone ringing] |
| CS: | [on the phone] What's going on? |
| MORENO: | [apparently on the phone] Uh. |
| CS: | Where are you? |
| MORENO: | Here at the--at the *McDonald's parking*. |
| CS: | Well, me too. What car are you driving? |
| MORENO: | In the *Chrysler*, the *Chrysler*. |
| CS: | Uh? |
| MORENO: | In the *Chrysler*, the white one. |
| CS: | In the white *Chrysler*? Uh, *okay*. |
| MORENO: | Uh. |
| CS: | I saw you when you came in. [car engine noises] Hold on. |
| MORENO: | [OV] Hey. |
| CS: | I will go there right now. |
| MORENO: | Hey. |
| CS: | *Bye. Bye.* |
| | [end of phone conversation] |

2
UNCLASSIFIED

000453

UNCLASSIFIED

File #: ▮▮▮▮▮▮▮▮▮▮
Task #:208835

        [pause]

        [29:55 car alarm and door noises]

CS: Hey.

MORENO: [OV] How are you?

        [car door /background noises]

CS: What's going on?

MORENO: Just hanging in there.

CS: Taking it easy?

MORENO: Yeah. Moreno.

CS: Oh. Nick [PH] [UI]

MORENO: Right there, a bunch of [UI] [coughs]

CS: It's good, uh?

MORENO: Yeah, it's good stuff. They call it *pink champagne*. That's how they call it. It's more expensive.

CS: Are you working with *Mike* or... is it—is it your work?

MORENO: It's—this one... is from the same company. It's just that-

CS: [OV] Yes, because if not if--if it's like this, we will buy from you only. Uh, because-

MORENO: [OV] No, uh-huh, *Mike*—it's just that *Mike* doesn't sell small--small ones.

CS: Mmm...

MORENO: I am the one in charge of selling it like this.

CS: Yes.

3
UNCLASSIFIED

UNCLASSIFIED

File #: ███████████
Task #: 208835

| | |
|---|---|
| MORENO: | And so if you want big ones, then... for more. |
| CS: | [OV] Yes, because... I call him—I call *Mike* and he doesn't answer. |
| MORENO: | [OV] He--he doesn't answer. |
| CS: | Yes until I uh—fuck that, I get bored. |
| MORENO: | [OV] No, I know, that—that cellular... the one you have- |
| CS: | Uh huh. |
| MORENO: | -you can send me a message, "Oh, can you call me?" |
| CS: | And the other one? You cut it off, then? |
| MORENO: | The other one it's cut off, uh-huh. You can send me a message, you can tell me, "Hey, can you call me?" And then I will call you back. |
| CS: | *Okay.* Uh- |
| MORENO: | [OV] That way we don't use the... the telephone that much. |
| CS: | [OV] -then it's better if I--I deal with you? |
| MORENO: | Yes, you are going to deal with me. But uh- |
| CS: | [OV] How much? |
| MORENO: | For these ones? I will leave them to you at 950 for both of them. Because, I sell them for six, like these ones. Because for other work that is worse, uh--they are selling it for 550. |
| CS: | *Exactly.* |
| MORENO: | But... *Mike* since he is--since you know *Mike*. Well, then- |
| CS: | [OV] Uuuh, I've known *Mike* for the last five years. |
| MORENO: | Really? |
| CS: | But, the *man* always brings my stuff, you know? |

4
UNCLASSIFIED

000455

UNCLASSIFIED

File #: ▮▮▮▮▮▮▮▮▮
Task #: 208835

           [paper shuffling noises]

CS: How much did I give you? There are eight in there. [pause] [paper shuffling noises] Nine? [sighs]

MORENO: Yes, because I sell them for... the least I sell them for is 550. I owe you 10.

CS: Yes, you owe me ten. [Sighs] It looks like this work is good, because the last time uh, like with-

MORENO: [OV] Oh yeah, this one-

CS: [OV] You did meet Catracho [Honduran national], no? Nestor?

MORENO: No.

CS: Oh.

MORENO: The one that used to work with *Mike?*

CS: Yes.

MORENO: Yes, I had seen him before.

CS: Yes, because we had a problem.

MORENO: [OV] No, the kind he had [stutters], the kind he had-

CS: Uh huh.

MORENO: It's called windows.

CS: Mmm.

MORENO: Windows. This one is--this one is Metalfina [PH]

CS: Oh.

MORENO: This one is original. This one is not--it's not cut or anything.

CS: [OV] Yes, because that one--that one--that one came with a cut, no? And everybody was returning it, we had such a problem.

5
UNCLASSIFIED

000456

UNCLASSIFIED

File #: ███████████
Task #:208835

| | |
|---|---|
| MORENO: | [OV] No, *man*. No, do you have change? I have no change. |
| CS: | I don't have change. If you want leave it like that and then, I mean. |
| MORENO: | [OV] The next time... |
| CS: | [OV] Yes, later you uh... |
| MORENO: | Yes, look. |
| CS: | ...you make it even. |
| MORENO: | That thing--that thing, when it's clear, clear, the work is good, it's shinny. Look, and all of it--and I don't--I don't cut it or anything. Because- |
| CS: | [OV] No, no, that's good, that's good, don't worry. The thing is to keep working. But--but, let's do it right, you see what I mean? |
| MORENO: | [OV] I am telling you, no, no that's fine. |
| CS: | [OV] Because- |
| MORENO: | [OV] You just tell me, leave me a message and call me... for me to call you. |
| CS: | Uh huh. |
| MORENO: | And, you just tell me, one peso, two pesos, one ounce, two ounces. |
| CS: | *Okay.* No, without failing, because, the truth is that yes, I would like to keep working, you see? Because... the clients, like yesterday, they were waiting for me yesterday. But, the problem is that since I went to Los Angeles, I told you I was going to bring money. Well, I got the money and... |
| MORENO: | Yes, it's that the phone was due today. But, since I change the phone almost every month- |
| CS: | Uh huh. |
| MORENO: | -that's why I am saying, this one-- this one-- this one is good, uh. You can find me at any time, just don't call me that often. |
| CS: | Yes, yes, yes. Only a text? |

UNCLASSIFIED

File #: ███████████
Task #:208835

| | |
|---|---|
| MORENO: | [OV] Yeah, a text, "Hey, can you call me?" And I'll call your cellular and then- |
| CS: | [OV] How should I call you? |
| MORENO: | Moreno. |
| CS: | Moreno, *okay*. |
| MORENO: | Yeah. And then you tell me, "Oh, can you... bring me one, about two or a half, whatever." And... then--I—I move everything, like- |
| CS: | [OV] Really? |
| MORENO: | -everything. But, mostly this stuff. |
| CS: | Do you have uh...? |
| MORENO: | Soda? |
| CS: | Soda. |
| MORENO: | Yes, that too. |
| CS: | Is it good? |
| MORENO: | I—I don't have it with me, but- |
| CS: | [OV] You have a connection. |
| MORENO: | [OV] The one that works with me—the one that works with me. All of us are one... |
| CS: | Yes, yes, no, I know. |
| MORENO: | ...we are all one hand. |
| CS: | No, no, of course. |
| MORENO: | [OV] One finger of the hand. Yes, it's—it's there. But it's expensive, because, to buy the good, the good one- |
| CS: | [OV] I—how much for the ounce? The little bag, the way it's going out? |

7
UNCLASSIFIED

UNCLASSIFIED

File #: █████████
Task #:208835

| | |
|---|---|
| MORENO: | The ounce, of—of coke? |
| CS: | Uh-huh. |
| MORENO: | It's going for... they are selling it for 1,200, but it's good. |
| CS: | [OV] *Wow!* 1,200. |
| MORENO: | But, you know why? Because there is not that much. |
| CS: | No, yes. |
| MORENO: | It's damn hard to find the work. |
| CS: | And the good kind. It's damn hard. |
| MORENO: | And the good kind. I just... |
| CS: | [OV] No, I bought some a little bit ago, and I stopped buying it from some guy, because of the same thing. Everybody is returning the work. It was a fight. |
| MORENO: | [OV] I have it here--I have it here in *Jack in the Box*. |
| CS: | Right here? |
| MORENO: | In the *Jack in the Box* up there. |
| CS: | Where is that? |
| MORENO: | In *Lankershim* and *Kittridge*. Where the- |
| CS: | [OV] Oh, in *Lankershim* and *Kittridge*? |
| MORENO: | I keep myself there. *So* no, I'm not that far from here, *so*. |
| CS: | *Okay.* Anyhow, thank you very much and uh- |
| MORENO: | [OV] And, there, uh... |
| CS: | -you know, if the work is yours, you better tell me. That way I can work with you instead. |

UNCLASSIFIED

File #: ███████████
Task #: 208835

| | |
|---|---|
| MORENO: | [OV] No, yes. Yes, no, no, no. Right now uh... no, it's not that I am... *Mike* and I are the same. |
| CS: | Yes, yes, no, I know. |
| MORENO: | It's just that *Mike*, doesn't--doesn't like to move small amounts. |
| CS: | No--yes, yes, I know that *Mike* always moves pounds and all that. |
| MORENO: | Yeah. *So,* I'm in charge, I'm the one in charge here of the- |
| CS: | [OV] Of –of –of the small amounts, I mean, one ounce, half an ounce. |
| MORENO: | No, it's—it's not conv--I—I don't—I— I also move the big stuff, but... |
| CS: | Yes. |
| MORENO: | To me, is better to sell it like this. Because, uh, I have it there ready and I help people out to make money also. |
| CS: | No, I know, it gets done like this... |
| MORENO: | [OV] Because, if I—if I sell you the fucking bunch at once, it may be that—that it gets lost or... and this way you make more. Because, I—I... The guys I supply to- |
| CS: | Uh huh. |
| MORENO: | -they make 1,500 per ounce. |
| CS: | Fuck, they are making some, uh? |
| MORENO: | But, the work is good. At the 20, they are selling it for point three [.3] |
| CS: | Really? |
| MORENO: | For point three. |
| CS: | Shhhh. |
| MORENO: | Or point two [.2] Depending whose it is. |
| CS: | And the good kind? |

9
UNCLASSIFIED

000460

UNCLASSIFIED

File #: ▮▮▮▮▮▮▮▮
Task #: 208835

| | |
|---|---|
| MORENO: | Of this one, of this one. And they are selling the eight for 140, of this kind. |
| CS: | Let's see if I can call you within- |
| MORENO: | [OV] But no—uh—the 250- |
| CS: | [OV] –look, if I sell this quickly, let's see if I call you uh… in three days. Give me three days and I will buy from you a little bit more. |
| MORENO: | Yeah. There, you let me know- |
| CS: | [OV] A little ounce or something, you see what I mean? |
| MORENO: | Yeah, uh—we are there. |
| CS: | Alright, if there's anything else, you know. |
| MORENO: | You deal with me, then. |
| CS: | Alright, then. If something comes up… Anyhow I will give you a--a phone call to your—to your number instead, right? |
| | [Car door noises] |
| MORENO: | [OV] Hey. Yeah, you—you save it there. [Chuckles] |
| CS: | *Bye.* [Sighs] I will see you later. |
| MORENO: | Hey, alright. |
| CS: | Alright. |
| | [Car engine noise] |
| CS: | Hey, look. Maybe you can—maybe you can get me some uh--coke. |
| MORENO: | The coke? |
| CS: | [OV] I do—I do that, then, yes. |
| MORENO: | Really? |
| CS: | Yes. |

10
UNCLASSIFIED

000461

UNCLASSIFIED

File #: ███████
Task #:208835

| | |
|---|---|
| MORENO: | Yes, uh, right--right there. |
| CS: | [OV] I—I—I don't like that stuff, but I—it's for the others. |
| MORENO: | Yeah uh... you let me know about how much, because the—the—uh—if it's a little bit. |
| CS: | I want about 100. |
| MORENO: | Like 100 dollars? |
| CS: | Yes 100, so that way when I come to buy from you the other crystal- |
| MORENO: | Uh huh. |
| CS: | -I want my 100. So just- |
| MORENO: | *Okay.* |
| CS: | [OV] -with the ounce and 00 of--of coke. |
| M: | *Okay.* |
| CS: | Alright, then. |
| UM: | I will bring it to you, then. |
| CS: | Alright. |
| | [36:00 car noises] |
| | [music heard] |
| | [long pause] |
| | [background and driving noises] |
| | [38:45 phone ringing] |
| CS: | [on the phone] *Hello?* |
| SA: | [apparently on the phone] *Hey, yeah.* |

11
UNCLASSIFIED

000462

UNCLASSIFIED

File #: ▮▮▮▮▮▮▮▮▮
Task #:208835

| | |
|---|---|
| CS: | *Hey, I'm going for the...* I am on my way up. |
| SA: | *Okay.* And the—did you buy it? |
| CS: | Uh? |
| SA: | You did buy it? |
| CS: | Yes, I bought everything. I have good information now. |
| SA: | *Okay.* Uh, go to uh… to the [UI]- |
| CS: | [OV] I am—I am—I am getting on the *freeway* right now, because all of them are always in this area. |
| SA: | [OV] Uh. Yes, but uh… for the moment go on the freeway. |
| CS: | *Okay.* |
| SA: | Going towards the 170. |
| CS: | *Okay,* I am here. |
| SA: | [OV] And then--the 170 and get off in the uh—on *Sherman Way*. |
| CS: | On *Sherman Way?* |
| SA: | On *Sherman Way* and go to the left when you get off. |
| CS: | *Okay.* |
| SA: | And uh, I am going there right now and I will tell you where to go. But, keep looking at the rear view mirror so that nobody is following you, *okay?* |
| CS: | *Okay,* perfect. |
| SA: | Yes, [UI] I will call you right back. |
| CS: | [OV] In uh—on *Sherman Way* to the left? |
| SA: | When you get off on *Sherman Way,* go to the left. |

12
UNCLASSIFIED

UNCLASSIFIED

File #: ████
Task #:208835

CS: *Okay.*

SA: *Okay?*

CS: *Okay. That's good, then when I get there I'll make a left, I will pull over in some street and I'll call you.*

SA: *Okay. I am on my way there right now.*

CS: *Okay. Bye.*

[end of phone call]

[40:55 phone ringing]

CS: [on the phone] *Hello? Hello?*

SA: [UI]

CS: *Hello?*

SA: [UI]

CS: Ah. *Okay.* I—I already got on *Sherman Way* and I made a... Since it gets divided, I went *East.*

SA: [UI]

CS: Uh, *Sherman Way?*

SA: Uh-huh.

CS: And since it gets divided, the freeway does right there, I went *East.*

SA: *Okay* [UI]?

CS: I am just getting off right now.

SA: [UI].

CS: I am at the gas station, here at the *Chevron.*

[background radio conversation heard]

13
UNCLASSIFIED

000464

UNCLASSIFIED

File #: ███
Task #:208835

| | |
|---|---|
| SA: | [UI] |
| CS: | Uh? *Okay.* |
| | [42:13] |
| SA: | Hey CS, [UI] is anybody following you? |
| CS: | No, no everything is fine. |
| | [background radio conversation heard] |
| CS: | Do you know already where I am? |
| | [long pause] [background radio conversation heard] |
| SA: | CS, remain in the car. |
| CS: | *Okay.* |
| | [background radio conversation heard] |
| SA: | Hey CS, my partner is there, but he is not going to call you right now. [UI] to make sure they didn't follow you. |
| CS: | *Okay.* |
| SA: | Just a moment CS. |
| CS: | *Okay.* |
| | [background radio conversation regarding operational issues] |
| | [pause] |
| CS: | Uh huh. |
| | [background radio conversation regarding operational issues] [long pauses] |
| | [46:03] |
| SA: | [apparently on the phone] Listen CS- |

14
UNCLASSIFIED

000465

UNCLASSIFIED

File #: ▓▓▓▓▓▓▓▓▓▓
Task #:208835

| | |
|---|---|
| CS: | *Hello.* |
| SA: | Listen CS- |
| CS: | Uh-huh. |
| SA: | [UI]. |
| CS: | *Okay.* |
| SA: | [UI] get in the car. |
| CS: | *Okay.* |

[long pause] [background unintelligible radio conversation between agents]

[music heard]

[50:41] [phone rings]

| | |
|---|---|
| CS: | [on the phone] *Hello?* |
| SA: | Listen CS, do you see the car to your right, the black car? |
| CS: | Yes. |
| SA: | [UI]. |
| CS: | Yes. |
| SA: | *Okay*, that car will leave right now, follow the car to where it goes, and it'll go… Follow it and it'll stop—it will take you to where you are going to [UI]. |
| CS: | *Okay. Perfect.* |
| SA: | *Okay.* |
| CS: | *Okay, bye. Bye.* |

[background noises]

[54:10]

15
UNCLASSIFIED

UNCLASSIFIED

File #: ███████████
Task #:208835

CS:        It's a—it's a white [UI]

[55:00]

SA:        *Alright. It's September 26, 2013, time is 8:27, that concludes the narcotics transaction with an associate / possible relative of Mike Gutierrez and the CS.*

[End of recording]