# EXHIBIT-2

## ALKER, MICHAEL E (LA) (FBI)

| | |
|---|---|
| From: | RODRIGUEZ, C DINORAH (LA) (FBI) |
| Sent: | Thursday, May 01, 2014 9:01 AM |
| To: | KIM, TOM (LA) (FBI) |
| Cc: | ALKER, MICHAEL E (LA) (FBI) |
| Subject: | RE: Finalized Transcripts and Voice Exemplar comparison --- UNCLASSIFIED |
| SentinelCaseId: | NON-RECORD |

Classification: UNCLASSIFIED
==========================================================

Tom, Mike,

I have been listening to Moreno's voice in my transcript and the man that SA Laura Cuthbert interviewed. I don't think Huerta is in fact Moreno. In spite of his multiple denials of being Moreno. But keep in mind the guy in the transcript selling drugs was relaxed and in control and Huerta is under arrest and speaking English only. I suggest a good beating will make him confess!! ;O

I made multiple and pertinent changes in my Final transcript. Here it is:



Final ALKER Job#208835.docx

Dinorah

---

**From:** KIM, TOM (LA) (FBI)
**Sent:** Wednesday, April 30, 2014 3:46 PM
**To:** RODRIGUEZ, C DINORAH (LA) (FBI)
**Subject:** FW: Finalized Transcripts and Voice Exemplar comparison --- UNCLASSIFIED

Classification: UNCLASSIFIED
==========================================================

Hi D,

Please see below from Michael Alker. 208835 is a job that you completed.

I've put both audios in your shared drive for you to review and compare. Please let me know what you think.

Thanks,

1

000449

Tom Kim
Supervisory Foreign Language Program Coordinator
Los Angeles Foreign Language Program, LS-5, Norwalk



---

**From:** ALKER, MICHAEL E (LA) (FBI)
**Sent:** Wednesday, April 30, 2014 3:36 PM
**To:** KIM, TOM (LA) (FBI)
**Subject:** Finalized Transcripts and Voice Exemplar comparison --- UNCLASSIFIED

Classification: UNCLASSIFIED
==========================================================

Tom,
The following draft transcripts are being requested for finalization

1. Task # 207875 (Calls on 09/25/2013 and 09/26/2013)
2. Task # 208835 (Controlled narcotics purchase on 09/26/2013)
3. Task # LSMS#211397 (Call on 10/07/2013)

Additionally, could you please have the linguist who did the translation for Task # 208835 listen to a voice exemplar obtained from an individual during the course of his arrest and have them compare it to the voice speaking with the CS (he told the CS he was Moreno) on Task # 208835 and advise if they believe they are the same voice? The voice exemplar is mainly in English; however, at the end of the conversation, the individual says some names with his accent. The voice exemplar file path is below. The sooner the better for the voice comparison as we are heading to trial.
Thanks
R/S
Mike

S:\LAFO Shared\Foreign Language Program\Michael Alker\Voice Exemplar Jorge Huerta
==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

==========================================================
Classification: UNCLASSIFIED

000450