UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>ISMAEL GUTIERREZ VILAVAZO,<br>JORGE BERISTAIN HUERTA,<br><br>            Defendants. | No. CR 14-209-DMG<br><br>ORDER REGARDING REQUEST FOR CONTINUANCE OF MOTIONS TO SUPPRESS AND MOTIONS IN LIMINE HEARINGS [74] |

FOR GOOD CAUSE SHOWN:

1. The Motions to Suppress hearing [Doc. ## 62, 64] is continued to **October 1, 2014 at 10:00 a.m.** The parties' briefs regarding the attendance of a confidential source at the motions to suppress hearing are due by August 27, 2014.

2. The Pretrial Conference and the Motions *in Limine* hearing [Doc. ## 70, 72, 73] are continued to **November 10, 2014 at 10:00 a.m.** Oppositions to motions *in limine* are due by October 27, 2014.

IT IS SO ORDERED.

DATED: August 26, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE