UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>            v.<br><br>ISMAEL GUTIERREZ VILAVAZO,<br>    aka "Ismael Gutierrez,"<br>    aka "Mike Gutierrez,"<br>    aka "Mikey," and<br>JORGE BERISTAIN HUERTA,<br>    aka "Moreno,"<br><br>    Defendants. | No. CR 14-209-DMG<br><br>ORDER GRANTING REQUEST FOR MODIFICATION OF BRIEFING SCHEDULE REGARDING APPEARANCE OF CONFIDENTIAL SOURCE AT MOTION TO SUPPRESS HEARING [76] |

    FOR GOOD CAUSE SHOWN, the parties' briefs regarding the attendance of a confidential source at the motions to suppress hearing are due by September 15, 2014.

    IT IS SO ORDERED.

August 27, 2014
DATE

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE