JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-209-DMG |
|---|---|
| Plaintiff, | ORDER DISMISSING CASE AGAINST DEFENDANT JORGE BERISTAIN HUERTA [80] |
| v. | |
| ISMAEL GUTIERREZ VILAVAZO,  aka "Ismael Gutierrez,"  aka "Mike Gutierrez,"  aka "Mikey," and JORGE BERISTAIN HUERTA,  aka "Moreno," | |
| Defendants. | |

   Pursuant to the government's request under Federal Rule of Criminal Procedure 48, the Court hereby GRANTS the government's motion and gives the government leave to dismiss the indictment against defendant Jorge Beristain Huerta in this matter without prejudice.  This order does not affect the status of the indictment pending against the remaining defendant in this matter, Ismael Gutierrez Vilavazo.

   THE COURT FURTHER ORDERS that any bond regarding defendant Huerta's pretrial release in this case be exonerated.  Defendant Huerta's Motion to Suppress Pre-trial and In-Court Identifications [Doc. # 62.] and Motion to Suppress Statements [Doc. # 64.] are

hereby DENIED as Moot.  The hearing on October 1, 2014 is thereby VACATED.

IT IS SO ORDERED.

September 22, 2014
DATE

*[signature: Dolly M. Gee]*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

**cc: PSA**

2