STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANGELA L. SCOTT (Cal. Bar No. 240418)
J. MARK CHILDS (Cal. Bar No. 162684)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-6683
     Facsimile:  (213) 894-8845
     E-mail:    angela.l.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>                  v.<br><br>ISMAEL GUTIERREZ VILAVAZO,<br>   aka "Ismael Gutierrez,"<br>   aka "Mike Gutierrez,"<br>   aka "Mikey," and<br><br>             Defendant. | No. CR 14-209-DMG<br><br>GOVERNMENT'S NOTICE OF WITHDRAWAL OF MOTION IN LIMINE RE: ADMISSION OF RECORDED JAIL CALLS |

     Plaintiff United States of America, by and through its

counsel of record, the United States Attorney for the

Central District of California, hereby withdraws it Motion

in Limine re: Admission of Recorded Jail Calls (Docket at

//

//

70).  The motion pertained to a prior co-defendant's jail calls and is now moot.

Dated: October 2, 2014            Respectfully submitted,

                                  STEPHANIE YONEKURA
                                  Acting United States Attorney

                                  ROBERT E. DUGDALE
                                  Assistant United States Attorney
                                  Chief, Criminal Division


                                  _____/s/_____
                                  ANGELA L. SCOTT
                                  Assistant United States Attorney

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA