# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES - GENERAL
#### UNDER SEAL

| Case No. | **CR 14-209-DMG** | Date | October 10, 2014 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE PRESIDING |
|---|---|
| Interpreter | N/A |

| KANE TIEN | NOT REPORTED | ANGELA L. SCOTT - NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) ISMAEL GUTIERREZ VILAVAZO | NOT | ✗ | | ANGEL NAVARRO | NOT | ✗ | |
| 2) JORGE BERISTAIN HUERTA | NOT | | | JOHN L. LITTRELL, DFPD | NOT | ✗ | |

**Proceedings:** IN CHAMBERS - NOTICE TO ALL PARTIES

The Court, having received the Government's Notice of Withdrawal of Motion *in Limine* Re: Admission of Recorded Jail Calls [Doc. # 82], hereby VACATES the November 10, 2014 hearing date as to said Motion [Doc. # 70]. The Pretrial Conference and the remaining Motions *in Limine* [Doc. ## 72, 73] as to Defendant Vilavazo shall proceed on **November 10, 2014 at 10:00 a.m.** as scheduled.

IT IS SO ORDERED.