STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
KIMBERLY D. JAIMEZ (Cal. Bar No. 271235)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3779
     Facsimile: (213) 894-0141
     E-mail:    kimberly.jaimez@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-00209-TJH |
|---|---|
| Plaintiff, | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| v. | |
| ISMAEL GUTIERREZ VILAVAZO, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that the above-captioned case has been reassigned to two new Assistant United States Attorneys ("AUSAs") as follows:

| | Name | E-Mail Address |
|---|---|---|
| Previously Assigned AUSAs | Angela L. Scott | angela.l.scott@usdoj.gov |
| | J. Mark Childs | mark.childs@usdoj.gov |
| Newly Assigned AUSAs | Michael Azat | michael.azat@usdoj.gov |
| | Kimberly D. Jaimez | kimberly.jaimez@usdoj.gov |

Please make all necessary changes to the court's case Management/Electronic Case Filing system to ensure that the newly assigned AUSAs are associated with this case and receive all e-mails relating to filings in this case.

Dated: November 6, 2014          Respectfully submitted,

                                 STEPHANIE YONEKURA
                                 Acting United States Attorney

                                 ROBERT E. DUGDALE
                                 Assistant United States Attorney
                                 Chief, Criminal Division


                                  /S/ Kimberly D. Jaimez
                                 KIMBERLY D. JAIMEZ
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA