STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
ANGELA L. SCOTT (Cal. Bar No. 240418)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-6683
     Facsimile:  (213) 894-0142
     E-mail:     angela.l.scott@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 14-209-TJH |
|---|---|
| Plaintiff, | NOTICE OF ATTORNEY APPEARANCE FOR UNITED STATES |
| v. | |
| ISMAEL GUTIERREZ VILAVAZO,<br>  aka "Ismael Gutierrez,"<br>  aka "Mike Gutierrez,"<br>  aka "Mikey," | |
| Defendant. | |

     Plaintiff, United States of America, hereby advises the court that Assistant United States Attorney Angela L. Scott (email: angela.l.scott@usdoj.gov) has been assigned as an additional attorney of record for the government in this matter.  The clerk is requested to make all necessary changes to the Court's Case

//

//

Management/ Electronic Case Filing system to ensure that AUSA Scott is associated with this case and receives all e-mails relating to filings in this case.

Dated: November 17, 2014        Respectfully submitted,

STEPHANIE YONEKURA
Acting United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


         /s/
ANGELA L. SCOTT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA