STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
KIMBERLY D. JAIMEZ (Cal. Bar No. 271535)
MICHAEL O. AZAT (Cal. Bar No. 278409)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2253
    Facsimile: (213) 894-0141
    E-mail:   kimberly.jaimez@usdoj.gov
              michael.azat@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>          v.<br><br>ISMAIL GUTIERREZ VILAVAZO,<br>  aka "Ismail Gutierrez,"<br>  aka "Mike Gutierrez,"<br>  aka "Mikey,",<br><br>      Defendant. | No. CR 14-209-TJH<br><br><u>SUPPLEMENTAL JURY INSTRUCTIONS</u><br><br>Trial Date:  5/19/2015<br>Time:        10:00 a.m.<br>Location:   Courtroom of the<br>           Hon. Terry J.<br>           Hatter |
|---|---|

    Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California, and Assistant United States Attorneys Michael O. Azat and Kimberly D. Jaimez, hereby files these supplemental jury instructions.

1  Leave is respectfully requested to include such other and
2 additional instructions as may become appropriate during the course
3 of trial.

Dated: May 20, 2015                    Respectfully submitted,

                                       STEPHANIE YONEKURA
                                       Acting United States Attorney

                                       ROBERT E. DUGDALE
                                       Assistant United States Attorney
                                       Chief, Criminal Division


                                              /s/
                                       MICHAEL O. AZAT
                                       Assistant United States Attorney

                                       Attorneys for Plaintiff
                                       UNITED STATES OF AMERICA

**INDEX OF GOVERNMENT'S JURY INSTRUCTIONS**

| Proposed No. | Court No. | Title | Source | Page |
|---|---|---|---|---|
| 41 | | Official translation | O'Malley, Grenig & Lee, Federal Jury Practice and Instructions, § 101:50 (6th ed. 2008) | 1 |
| 42 | | Government's use of undercover agents and informants | Ninth Circuit Model Criminal Jury Instructions, No. 4.10 (2010 ed.) | 2 |

1       COURT'S INSTRUCTIONS NO. _____

2       PROPOSED JURY INSTRUCTION NO. 41

3     Language other than English may be used during this trial with
4 some witnesses.  If an interpreter is used, you are to consider only
5 that evidence provided through the official court interpreter.
6 Although some of you may know the language used, it is important that
7 all jurors consider the same evidence.  Therefore, you must base your
8 decision on the evidence presented in the English interpretation and
9 disregard any different meaning of the non-English words.

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26 O'Malley, Grenig & Lee, Federal Jury Practice and Instructions,
27 § 101:50 (6th ed. 2008) [Official translation]
28

COURT'S INSTRUCTIONS NO. _____

PROPOSED JURY INSTRUCTION NO. 42

You have heard testimony from an informant who was involved in the government's investigation in this case.  Law enforcement officials may engage in stealth and deception, such as the use of informants and undercover agents, in order to investigate criminal activities.  Undercover agents and informants may use false names and appearances and assume the roles of members in criminal organizations.

Ninth Circuit Model Criminal Jury Instructions, No. 4.10 (2010 ed.) [Government's use of undercover agents and informants]

2